OPINION — AG — LOCAL SCHOOL BOARDS OF EDUCATION MAY NOT AUTHORIZE THE STUDENT ACTIVITY FUND CUSTODIAN TO INVEST FUNDS IN HIS/HER CUSTODY AS CONTROLLING STATUTORY PROVISIONS AUTHORIZES ONLY THE CREATION OF DEMAND ACCOUNTS UPON WHICH CHECKS MAY BE DRAWN; NOTHING IN THE STATUTE PRECLUDES THE CREATION OF INTEREST EARNING CHECKING ACCOUNTS FOR STUDENT ACTIVITY FUNDS. (SCHOOL BOARD, BOARD OF EDUCATION) CITE: 12A O.S. 1975 Supp., 8-102 [12A-8-102] 70 O.S. 1971, 5-115 [70-5-115], 70 O.S. 1977 Supp., 5-129 [70-5-129], 70 O.S. 1977 Supp., 5-129(A) [70-5-129], 70 O.S. 1977 Supp., 5-129(B) [70-5-129], 70 O.S. 1977 Supp., 5-129(D) [70-5-129] (JOHN F. PERCIVAL)